# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☒ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES V.S. John Mejia

FOR: Mass AT Boston

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): John Mejia

1. ☒ Defendant — Adult
2. ☐ Defendant — Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: MJ 04M 231
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $___
IF NO, give month and year of last employment. How much did you earn per month? $___
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 0
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**ASSETS**

OTHER INCOME — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED: None
SOURCES: Food Stamps

CASH — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $___

PROPERTY — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE: 1,000 / 1986
DESCRIPTION: Dodge Auto

**DEPENDENTS**
MARITAL STATUS: ☒ Married
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
wife
Diana age 17
Juan age 11
Gracia age 7

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ___
Creditors: Credit Cards — Total Debt $7,200
House Hold — $1,500

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/10/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ John F. Mejia